James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law

-and-

**STINSON LLP**
Christopher J. Harayda (*Pro Hac Vice Application Forthcoming*)
Minnesota Bar No. 0390333
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 335-1500
Email:  cj.harayda@stinson.com

*Attorneys for Creditor EFP Funding Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>TRU GRIT FITNESS LLC<br>         Debtor. | Chapter 11<br><br>Case No.: 22-14320-abl |

**CREDITOR EFP FUNDING SOLUTIONS, LLC'S NOTICE OF
NON-CONSENT TO USE OF CASH COLLATERAL**

TO DEBTOR, DEBTOR'S ATTORNEYS, AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that EFP Funding Solutions, LLC ("EFP") claims an interest in all assets of Debtor Tru Grit Fitness LLC (the "Debtor" or "Tru Grit"), including the proceeds, products, offspring, or profits of such assets (the "Collateral").

On or about March 10, 2021, certain prior lenders to Tru Grit, along with EFP, entered into a Termination and Sale Agreement (the "TSA"). Pursuant to the TSA, the prior lenders transferred the obligations of Debtor and their rights to and security interest in the Collateral to EFP.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

On or about March 10, 2021, EFP and Tru Grit entered into that certain Master Purchase Order and Receivables Purchase Agreement, dated as of March 10, 2021 (as amended, the "Original Master Agreement").  Pursuant to the Original Master Agreement, the Debtor granted a security interest in the Collateral, as more specifically set forth therein, to EFP.  On or about February 21, 2021, to perfect its interest in the Collateral, EFP filed a UCC-1 Financing Statement with the Secretary of State of Nevada (filing number 2021157505-4), along with subsequent amendments thereto on August 20, 2021 (filing number 2021188962-9) (the "Financing Statements").  Pursuant to the foregoing, EFP has a properly perfected security interest in the Collateral. As of the date of this notice, no other entity has a debt secured by the Collateral.

The Original Master Agreement was amended on or about May 19, 2021, by that certain Amended and Restated Master Purchase Order and Receivables Purchase Agreement dated as of May 19, 2021, and by that certain Waiver and First Amendment to Amended and Restated Master Purchase Order and Receivables Purchase Agreement, dated October 12, 2021.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1    NOTICE IS FURTHER GIVEN that EFP does not consent to the Debtor's use of EFP's cash

2    collateral.  Pursuant to 11 U.S.C. § 363(c)(2), Debtor may not use such cash collateral absent EFP's

3    consent or an order of the Court.

4    DATED this 10th day of December, 2022.

5

6                                                    **SHEA LARSEN**

7                                                    */s/ Bart K. Larsen, Esq.*
                                                     James Patrick Shea, Esq.
8                                                    Nevada Bar No. 405
                                                     Bart K. Larsen, Esq.
9                                                    Nevada Bar No. 8538
                                                     Kyle M. Wyant, Esq.
10                                                   Nevada Bar No. 14652
                                                     1731 Village Center Circle, Suite 150
11                                                   Las Vegas, Nevada 89134

12                                                   -and-

13                                                   **STINSON LLP**
                                                     Christopher J. Harayda (*Pro Hac Vice*
14                                                   *Application Forthcoming*)
                                                     Minnesota Bar No. 0390333
15                                                   50 South Sixth Street, Suite 2600
                                                     Minneapolis, MN 55402
16                                                   Telephone:    (612) 335-1500
                                                     Email:  cj.harayda@stinson.com
17
                                                     *Attorneys for Creditor EFP Funding*
18                                                   *Solutions, LLC*

19

20

21

22

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1.          On December 10, 2022, I served the following document(s): **CREDITOR EFP FUNDING SOLUTIONS, LLC'S NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL**

2.          I served the above document(s) by the following means to the persons as listed below:

        ☒     a.     ECF System:

SAMUEL A. SCHWARTZ on behalf of Debtor TRU GRIT FITNESS LLC
saschwartz@nvfirm.com

JUSTIN CHARLES VALENCIA on behalf of U.S. TRUSTEE – LV – 11
Justin.c.valencia@usdoj.gov

        ☐     b.     United States mail, postage fully prepaid:

        ☐     c.     Personal Service:

I personally delivered the document(s) to the persons at these addresses:

        ☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

        ☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

        ☐     d.     By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

        ☐     e.     By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///

///

///

///

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

☐      f.      By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2022.

By: /s/ *Bart K. Larsen, Esq,*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432